■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JULIO ALDANA PEREZ, Appellant. [974 NYS2d 292]—Appeal by the defendant from a judgment of the County Court, Nassau County (Donnino, J.), rendered April 20, 2012, convicting him of burglary in the second degree (10 counts) and burglary in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's valid waiver of his right to appeal precludes review of his contention that the sentence imposed was excessive (*see People v Bradshaw*, 18 NY3d 257 [2011]; *People v Lopez*, 6 NY3d 248, 255 [2006]). Angiolillo, J.P., Hall, Roman and Cohen, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANIEL RODRIGUEZ, Appellant. [974 NYS2d 276]—Appeals by the defendant from two judgments of the County Court, Suffolk County (Kahn, J.), both rendered July 18, 2012, convicting him of failing to register or verify an Internet identifier pursuant to the Sex Offender Registration Act (*see* Correction Law §§ 168-f, 168-i, 168-t; 9 NYCRR part 6057) under indictment No. 880-12, and attempted dissemination of indecent material to a minor in the first degree under superior court information No. 1574-12, respectively, upon his pleas of guilty, and imposing sentences. Assigned counsel has submitted a brief in accordance with *Anders v California* (386 US 738 [1967]), in which he moves for leave to withdraw as counsel for the appellant.

Ordered that the judgments are affirmed.

We are satisfied with the sufficiency of the brief filed by the defendant's assigned counsel pursuant to *Anders v California* (386 US 738 [1967]), and, upon an independent review of the record, we conclude that there are no nonfrivolous issues which could be raised on the appeals. Counsel's application for leave to withdraw as counsel is, therefore, granted (*see Anders v California*, 386 US 738 [1967]; *Matter of Giovanni S. [Jasmin A.]*, 89 AD3d 252 [2011]; *People v Paige*, 54 AD2d 631 [1976]; *cf. People v Gonzalez*, 47 NY2d 606 [1979]). Dillon, J.P., Leventhal, Chambers and Miller, JJ., concur.